The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Great River Federal CU Katy [illegible]
Garnishee

SUBSCRIBED and SWORN to before me this 3rd day of January, 2005.

Pamela J. Durand
NOTARY PUBLIC

PAMELA J. DURAND
NOTARY PUBLIC - MINNESOTA
STEARNS COUNTY
My Commission Expires Jan. 31, 2005