UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-0158 PAM/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

**GARNISHMENT ORDER**

LAURA L. HOLLAND,

Defendant,

GREAT RIVER FEDERAL CREDIT UNION,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in her bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 30, 2004, is hereby released.

Dated:February 25, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge