PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 26-APR-2005 FOR: 1999Z00533/001 PAGE: 1 OF 2

DEBTOR: Holland, Laura L.
COURT NUMBER: 00-158 PAM/JGL PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | WA | 18-FEB-2003 | OT/G | ST. CLOUD HOSPITAL | MN /3/108 | 456506 | | $91.52 | 06-MAR-2003 |
| 0008 | PMNT | WA | 14-MAR-2003 | OT/G | St. Cloud Hospital | MN /3/114 | 458336 | | $458.29 | 14-MAR-2003 |
| 0009 | PMNT | WA | 28-MAR-2003 | OT/G | St. Cloud Hospital | MN /3/123 | 459312 | | $230.53 | 28-MAR-2003 |
| 0010 | PMNT | WA | 11-APR-2003 | OT/G | St. Cloud Hospital | MN /3/132 | 460201 | | $182.13 | 11-APR-2003 |
| 0011 | PMNT | WA | 24-APR-2003 | OT/G | ST. CLOUD HOSPITAL | MN /3/141 | 461130 | | $198.41 | 24-APR-2003 |
| 0012 | PMNT | WA | 09-MAY-2003 | OT/Y | st. cloud hospital | MN /3/151 | 461942 | | $215.57 | 09-MAY-2003 |
| 0014 | PMNT | WA | 27-MAY-2003 | OT/G | ST. CLOUD HOSPITAL | MN /3/162 | 462956 | | $232.23 | 27-MAY-2003 |
| 0015 | PMNT | WA | 05-JUN-2003 | OT/G | ST. CLOUD HOSPITAL | MN /3/169 | 463836 | | $233.98 | 05-JUN-2003 |
| 0016 | PMNT | WA | 19-JUN-2003 | OT/G | St. Cloud Hospital | MN /3/178 | 464702 | | $234.75 | 19-JUN-2003 |
| 0017 | PMNT | WA | 03-JUL-2003 | OT/G | St. Cloud Hospital | MN /3/185 | 465540 | | $227.44 | 03-JUL-2003 |
| 0018 | PMNT | WA | 17-JUL-2003 | GR/G | St. Cloud Hospital | MN /3/194 | 466379 | | $240.92 | 17-JUL-2003 |
| 0031 | PMNT | T | 21-FEB-2005 | TV/B | | | TOP | | $618.75 | 23-FEB-2005 |
| 0031 | PMNT | WA | 21-FEB-2005 | TV/B | | | TOP | | $2,150.51 | 23-FEB-2005 |
| 0032 | PMNT | WA | 07-MAR-2005 | GR/G | DaVita | MN /05/099 | 1759453 | | $201.82 | 07-MAR-2005 |
| 0033 | PMNT | WA | 07-MAR-2005 | GR/G | DaVita | MN /05/099 | 1783387 | | $632.54 | 07-MAR-2005 |
| 0034 | PMNT | WA | 21-MAR-2005 | GR/G | DaVita | MN /05/109 | 1790517 | | $243.69 | 21-MAR-2005 |
| 0035 | PMNT | WA | 04-APR-2005 | GR/G | Davita | MN /05/119 | 1798593 | | $215.60 | 04-APR-2005 |
| 0036 | PMNT | WA | 18-APR-2005 | GR/G | DaVita | MN /05/127 | 1805930 | | $264.71 | 18-APR-2005 |
| 0037 | PMNT | WA | 26-APR-2005 | CH/Y | Access Title, Inc. | MN /05/132 | 8131 | | $10,717.90 | 26-APR-2005 |

Total Payments for Debtor: $17,591.29