CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 00-158 PAM/JGL |
| v. | ) | |
| | ) | |
| LAURA L. HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on 4-29-05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Laura L. Holland
XXXX XXXXXXX XXX
Princeton, MN 56371

Arden Hills Dialysis of Davita
XXXXX XXX
XXXX XXXXXXXXXX
Arden Hills, MN 55112

s/Stacey E. Kulevich